CORR|DOWNS PLLC
Jacob M. Downs, WSBA NO. 37982
Joseph P. Corr, WSBA NO. 36584
100 W. Harrison Street, N440
Seattle, WA 98119
(206) 962-5041 phone
Email: jdowns@corrdowns.com
Email: jcorr@corrdowns.com
Attorneys for Plaintiff Lee Sanning

HON. STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| LEE SANNING, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF TRUSTEES OF WHITMAN COLLEGE, <br><br> Defendant. | Case No. 4:15-cv-5055-SAB <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO SEAL** |

Plaintiff Lee Sanning ("Plaintiff"), by and through his counsel of record, hereby provides notice to the Court and counsel that he is withdrawing his pending Motion for Partial Summary Judgment, Docket No. 66, and Motion to Seal, Docket No. 68. Plaintiff also hereby cancels his request for oral argument on those motions, which is currently scheduled for November 30, 2016. Plaintiff's counsel provided telephonic notice of the same to chambers on November 21, 2016.

NOTICE OF WITHDRAWAL OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT AND
MOTION TO SEAL- 1
Case No. 4:15-cv-5055-SAB

CORR|DOWNS PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040

DATED: November 22, 2016

By: */s/ Jacob M. Downs*
Joseph P. Corr, WSB No. 36584
Jacob M. Downs, WSB No. 37982
Corr Downs PLLC
100 W HARRISON ST N440
SEALLE WA 98119
Telephone: (206) 962-5041
E-mail: jcorr@corrdowns.com
Email: jdowns@corrdowns.com
Attorneys for Plaintiff

NOTICE OF WITHDRAWAL OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT AND
MOTION TO SEAL- 2
Case No. 4:15-cv-5055-SAB

CORR|DOWNS PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States of America that on the 22nd day of November, 2016, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

> Michael Porter
> Megan Starich
> MILLER NASH GRAHAM & DUNN LLP
> Pier 70
> 2801 Alaskan Way, Suite 300
> Email: mike.porter@millernash.com; megan.starich@millernash.com

*/s/Jacob M. Downs*
Jacob M. Downs, WSBA No. 37982

NOTICE OF WITHDRAWAL OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT AND
MOTION TO SEAL - 3

**CORR|DOWNS PLLC**
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962-5040