1

MILLER NASH GRAHAM & DUNN LLP

The Honorable Stanley A. Bastian

2

Michael Porter, WSB No. 37339

3

Megan Starich, WSB No. 47520

Pier 70

4

2801 Alaskan Way, Suite 300

5

Seattle, Washington 98121

Telephone: 206.624.8300

6

mike.porter@millernash.com

7

megan.starich@millernash.com

8

Attorneys for Defendant

9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

10

LEE SANNING,

11

Plaintiff,

Case No. 4:15-CV-5055-SAB

12

v.

STIPULATION FOR AND
[PROPOSED] ORDER OF
DISMISSAL

13

BOARD OF TRUSTEES OF
WHITMAN COLLEGE,

14

15

Defendant.

16

17

Plaintiff Lee Sanning, by and through his attorneys, Jacob M. Downs

18

and Joseph P. Corr of Corr Downs PLLC, and defendant Board of Trustees of

19

Whitman College of by and through its attorneys, Michael Porter and Megan

20

Starich of Miller Nash Graham & Dunn, hereby stipulate to entry of the subjoined

21

order dismissing plaintiff's second amended complaint with prejudice and without

22

the award of fees or costs.

23

24

25

26

STIPULATION FOR AND [PROPOSED]
ORDER OF DISMISSAL - 1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 $$ F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4828-0307-6157.1

1  By: */s/ Jacob M. Downs*                    By: */s/ Megan Starich*
2  Jacob M. Downs, WSB No. 37982        Michael Porter, WSB No. 37339
   Joseph P. Corr, WSB No. 36584          Megan Starich, WSB No. 47520
3  CORR DOWNS PLLC                          MILLER NASH GRAHAM & DUNN LLP
4  100 W. Harrison St., N440                  Pier 70
   Seattle, WA 98119                            2801 Alaskan Way, Suite 300
5  Telephone: (206) 962-5040              Seattle, Washington  98121
6  E-mail: jdowns@corrdowns.com        Telephone:  206.624.8300
   E-mail: jcorr@corrdowns.com           Fax:  206.340.9599
7                                                       E-mail:  mike.porter@millernash.com
8  Attorneys for Plaintiff                      E-mail:  megan.starich@millernash.com
9                                                       Attorneys for Defendant
10                                     **<u>ORDER</u>**
11          Based on the parties' stipulation as described above, it is hereby
12  ORDERED that:
13          The plaintiff's second amended complaint is dismissed with prejudice and
14  without the award of any fees or costs.
15          DATED this        day of                , 2016.
16
17
18          _____
             UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26

STIPULATION FOR AND [PROPOSED]
ORDER OF DISMISSAL - 2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 $$ F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON  98121

4828-0307-6157.1

1        I hereby certify that on December 20, 2016, I electronically filed the

2  foregoing with the Clerk of the Court using the CM/ECF system which will send

3  notification of such filing to the following:

4

5                Jacob M. Downs, WSB No. 37982
Joseph P. Corr, WSB No. 36584

6                CORR DOWNS PLLC
100 W. Harrison St., N440

7                Seattle, WA 98119
Telephone: (206) 962-5040

8                E-mail: jdowns@corrdowns.com

9                E-mail: jcorr@corrdowns.com

10               Attorneys for Plaintiff

11

12

13        Under the laws of the United States of America and the state of

14  Washington, the undersigned hereby declares, under the penalty of perjury, that the

15  foregoing statements are true and correct to the best of my knowledge.

16        Executed at Seattle, Washington, this 20th day of December, 2016.

17

18               *s/ Gaye Johnson*_____
Gaye Johnson, Legal Assistant

19

20

21

22

23

24

25

26

STIPULATION FOR AND [PROPOSED]
ORDER OF DISMISSAL - 3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 $$ F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON  98121

4828-0307-6157.1