UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEE SANNING<br><br>     Plaintiff,<br><br>   v.<br><br>BOARD OF TRUSTEES OF WHITMAN COLLEGE,<br><br>     Defendant. | NO. 4:15-cv-05055-SAB<br><br>**ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL AND DISMISSING CASE** |

Before the Court is the Parties' Stipulation for Order of Dismissal, ECF No. 84. The parties, through counsel, have jointly represented that Plaintiff's Second Amended Complaint should be dismissed with prejudice and without fees or costs. The Court **enters** the stipulation.

//
//
//
//
//
//

**ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL AND DISMISSING CASE** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal, ECF No. 84, is **GRANTED**.

2. The above-captioned case is **dismissed with prejudice** and without costs and attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 21st day of December, 2016.



_____
Stanley A. Bastian
United States District Judge